**DENY; and Opinion Filed March 13, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00306-CV

### IN R: MARVIN WAYNE GRAVES, Relator

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 059700**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Francis

Relator files a petition for writ of mandamus in which he contends that the trial court has violated a ministerial duty by not ruling on his April 26, 2013 Chapter 64 motion for DNA testing, his April 26, 2013 motion for appointment of counsel to assist him with his proceeding under Chapter 64, and his November 13, 2013 "Motion for Transmittal of Article 64 to Said Court." This Court requested and received a clerk's record from the trial court. The clerk's record demonstrates that on February 18, 2014, the trial court denied relator's April 26, 2013 motion for DNA testing under Chapter 64 of the Texas Code of Criminal Procedure. The trial court's denial of the motion for DNA testing under Chapter 64 of the Texas Code of Criminal Procedure rendered moot relator's April 26, 2013 motion for appointment of counsel under Chapter 64 and his November 13, 2013 "Motion for Transmittal." Because the trial court has ruled on relator's motion for DNA testing and because the trial court's ruling on relator's motion for DNA testing has rendered his other motions moot, the issue presented in relator's petition for

writ of mandamus is also moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995).  Accordingly, the Court **DENIES** the petition for writ of mandamus.


      /Molly Francis/
      MOLLY FRANCIS
      JUSTICE

140306F.P05